| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Sean E. Fairchild   Telephone: (313) 226-9577 |
|---|---|
| | Agent: Emanuel Mosley III   Telephone: (313) 236-5695 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | | Case: 2:21-mj-30347 |
| Nathaniel RAMSAY | Case No. | Judge: Unassigned, |
| | | Filed: 07-14-2021 |
| | | USA v. NATHANIEL RAMSAY (MLW) (CMP) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(5)(A) | Illegal Alien in Possession of Firearm and Ammunition |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Emanuel Mosley, III  HSI Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 14, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__   Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Emanuel Mosley, III, declare the following under penalty of perjury:

1. I am a Border Patrol Agent-Intelligence with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since August 2010. Currently, I am assigned, Department of Homeland Security Investigations Alliance Task Force. The facts set forth herein are based upon my personal knowledge, information provided by other law enforcement officers, record checks of law enforcement databases, and immigration records relating to Nathaniel Anthony RAMSAY, which reveal the following:

2. Nathaniel Anthony RAMSAY is a twenty-four-year-old male native and citizen of Jamaica who last entered the United States on August 16, 2014, with a Jamaican passport that was issued on February 18, 2014 and expired on February 17, 2019. RAMSAY also entered the United States with a B2 Visa (Temporary Visitor for Pleasure). The visa was issued on July 11, 2014, and expired October 9, 2014. RAMSAY overstayed his visa and unlawfully remained in the United States.

3. RAMSAY stated he arrived in Detroit, Michigan after spending approximately two days in Florida. He stated he traveled by plane to his current address.

4. On July 27, 2016, RAMSAY was arrested by Southfield Police Department and charged with one felony count of Invasion of Privacy. That charge was subsequently dismissed by the 46th District Court. On August 25, 2016, the charge was changed to one count of Trespassing and the sentence reduced to a Civil Infraction by the 46th District Court.

5. On June 29, 2021, RAMSAY was encountered by Immigration and Custom Enforcement, Enforcement and Removal (ICE ERO) in Wayne County, Michigan. RAMSAY admitted to having overstayed his visa in United States illegally. RAMSAY was informed that he was under arrest for being illegally present in the United States and illegally possessing a firearm and ammunition.

6. On June 29, 2021, RAMSAY was in possession of a Taurus 9mm Pistol Handgun, turquoise and black in color with a serial number of TLZ59805. RAMSAY was also in possession of 18 rounds of 9mm ammunition, one 9mm magazine, three cellular phones and 6.3 grams of marijuana. All items were seized and held by Homeland Security Investigations.

7.  On June 30, 2021, a Personal Protection Order was issued against Nathaniel RAMSAY by the 3rd Circuit Court in Detroit, Michigan, case# 21-102496-PP. RAMSAY's wife is the protected person.

8.  Nathaniel Anthony RAMSAY's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Nathaniel Anthony RAMSAY is a citizen of Jamaica who was previously granted entry into the United States on August 16, 2014.

9.  The A-file (A#: XXX-XX-890) was assigned to Nathaniel Anthony RAMSAY. RAMSAY also has an FBI# which was previously assigned to him from his previous arrest.

10. During processing and interview, Nathaniel Anthony RAMSAY was advised of his Statement of Rights. On June 29, 2021, at 1:46 p.m., RAMSAY waived his rights and stated that he was a citizen of Jamaica, that he obtained the weapon from someone he worked for to use for protection.

11. I know based on my training experience, as well as contacting Alcohol, Tabaco and Firearms Agency (ATF), that the pistol was manufactured outside the State of Michigan, and therefore traveled in interstate or foreign commerce.

12. Based upon the above, probable cause exists to believe that Nathaniel Anthony RAMSAY did violate Title 18, United States Code, Section 922(g)(5)(A), Illegal Alien in Possession of a Firearm and Ammunition.

Emanuel I. Mosley, III, Task Force Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Anthony P. Patti
United States Magistrate Judge

Dated:   July 14, 2021

3